Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  17−30381−KCF
           Chapter:  13
           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

 Michael B. Teasley            Della Ann Teasley
 dba MBT Investment Group        23 Patton Drive
 23 Patton Drive             Somerset, NJ 08873−2313
 Somerset, NJ 08873−2313

Social Security No.:
 xxx−xx−3385               xxx−xx−1801

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/24/19 at 09:00 AM

to consider and act upon the following:

*43* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 4/10/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 4/11/19

                     Jeanne Naughton
                     Clerk, U.S. Bankruptcy Court