Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30381−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael B. Teasley<br>dba MBT Investment Group<br>23 Patton Drive<br>Somerset, NJ 08873−2313 | Della Ann Teasley<br>23 Patton Drive<br>Somerset, NJ 08873−2313 |

Social Security No.:
  xxx−xx−3385                                               xxx−xx−1801

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on April 30, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 1, 2019
JAN: slf

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael B. Teasley  
Della Ann Teasley  
    Debtors

Case No. 17-30381-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: May 01, 2019  
                        Form ID: 148    Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db/jdb         Michael B. Teasley,    Della Ann Teasley,    23 Patton Drive,    Somerset, NJ  08873-2313
517110094      +Cbcs,    Po Box 275,    Columbus, OH 43216-0275
517110095      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517110108     ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court: Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN 55101)
517110111      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517110109      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517110113       Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
517110114       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517110119      +Hyundai Finc,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
517110129      +Phelan Hallinan & Diamond,    Suite 100,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 02 2019 01:24:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 01:24:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517110091      +EDI: CBS7AVE May 02 2019 04:58:00      Ashro,    1112 7th Ave,    Monroe, WI 53566-1364
517110093       EDI: CAPITALONE.COM May 02 2019 04:58:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517110092      +EDI: CAPITALONE.COM May 02 2019 04:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517110096      +EDI: SEARS.COM May 02 2019 04:58:00      Cbusasears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517110098      +EDI: CCS.COM May 02 2019 04:58:00      Credit Collections Services,    725 Canton St,
                 Norwood, MA 02062-2679
517110097      +EDI: CCS.COM May 02 2019 04:58:00      Credit Collections Services,    Attention: Bankruptcy,
                 725 Canton Street,    Norwood, MA 02062-2679
517110099      +EDI: RCSFNBMARIN.COM May 02 2019 04:58:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517110100      +EDI: RCSFNBMARIN.COM May 02 2019 04:58:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
517110104      +EDI: NAVIENTFKASMDOE.COM May 02 2019 04:58:00      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
517110101      +EDI: NAVIENTFKASMDOE.COM May 02 2019 04:58:00      Dept Of Ed/Navient,    Attn: Claims Dept,
                 P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517110107      +E-mail/Text: bankruptcy.bnc@ditech.com May 02 2019 01:24:05      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517192075       E-mail/Text: bankruptcy.bnc@ditech.com May 02 2019 01:24:05
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517110115      +EDI: AMINFOFP.COM May 02 2019 04:58:00      Fst Premier,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
517110116      +EDI: AMINFOFP.COM May 02 2019 04:58:00      Fst Premier,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4824
517238115      +EDI: HY11.COM May 02 2019 04:58:00      Hyundai Capital America DBA,    Hyundai Motor Finance,
                 PO Box 20809,    Fountain Valley, CA 92728-0809
517110117      +EDI: HY11.COM May 02 2019 04:58:00      Hyundai Finc,    Attn: Bankruptcy,    Po Box 20809,
                 Fountain City, CA 92728-0809
517110121       EDI: IRS.COM May 02 2019 04:58:00      Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114-0326
517226317       EDI: BL-BECKET.COM May 02 2019 04:58:00      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517110122      +E-mail/Text: bncnotices@becket-lee.com May 02 2019 01:23:43      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517110123      +E-mail/Text: bncnotices@becket-lee.com May 02 2019 01:23:44      Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
517286561       EDI: RESURGENT.COM May 02 2019 04:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517110126      +EDI: NAVIENTFKASMSERV.COM May 02 2019 04:58:00      Navient,    11100 Usa Pkwy,
                 Fishers, IN 46037-9203
517110124      +EDI: NAVIENTFKASMSERV.COM May 02 2019 04:58:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
517235857       EDI: NAVIENTFKASMSERV.COM May 02 2019 04:58:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517110128      +E-mail/Text: bankruptcy@onlineis.com May 02 2019 01:25:07      Online Collections,    Po Box 1489,
                 Winterville, NC 28590-1489
517268782       EDI: PRA.COM May 02 2019 04:58:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517110132      +E-mail/Text: bankruptcy@senexco.com May 02 2019 01:23:31      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN 46268
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: May 01, 2019
                              Form ID: 148             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517110131     +E-mail/Text: bankruptcy@senexco.com May 02 2019 01:23:31     Senex Services Corp,
               3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
517110130     +E-mail/Text: bankruptcy@savit.com May 02 2019 01:25:31     Savit Coll,   46 W Ferris St,
               East Brunswick, NJ 08816-2159
517110133     +E-mail/Text: clientservices@simonsagency.com May 02 2019 01:25:17     Simons Agency Inc,
               4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517110134     +EDI: SWCR.COM May 02 2019 04:58:00      Southwest Credit Systems,
               4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
517110135     +EDI: SWCR.COM May 02 2019 04:58:00      Southwest Credit Systems,   4120 International Parkway,
               Carrollton, TX 75007-1958
517110977     +EDI: RMSC.COM May 02 2019 04:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517110137     +EDI: VERIZONCOMB.COM May 02 2019 04:58:00      Verizon,   Po Box 650584,    Dallas, TX 75265-0584
517110136     +EDI: VERIZONCOMB.COM May 02 2019 04:58:00      Verizon,
               Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
517221105     +EDI: AIS.COM May 02 2019 04:58:00      Verizon,   by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517110105*    +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517110106*    +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517110102*    +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517110103*    +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517110112*    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517110110*    +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517110120*    +Hyundai Finc,   4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
517110118*    +Hyundai Finc,   Attn: Bankruptcy,    Po Box 20809,    Fountain City, CA 92728-0809
517159246*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
517110127*    +Navient,   11100 Usa Pkwy,    Fishers, IN 46037-9203
517110125*    +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
                                                                                 TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark   Goldman    on behalf of Joint Debtor Della Ann Teasley yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark   Goldman    on behalf of Debtor Michael B. Teasley yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sindi   Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```