Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–30381–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael B. Teasley
dba MBT Investment Group
23 Patton Drive
Somerset, NJ 08873–2313

Della Ann Teasley
23 Patton Drive
Somerset, NJ 08873–2313

Social Security No.:
  xxx–xx–3385                    xxx–xx–1801

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 29, 2019</u>            <u>Michael B. Kaplan</u>
                                       Judge, United States Bankruptcy Court